IN RE COMMUTER OPERATING AGENCY'S DETERMINATION OF FINANCIAL RESULTS TO CARRIERS· FOR THE CALENDAR YEAR 1977.

May 15, 1979. Cross-Petition for certification denied. (See 166 *N.J.Super.* 430)

STATE OF NEW JERSEY v. WILLIAM LOLAND.

May 15, 1979. Petition for certification denied.

ERNEST E. GILBERT v. N. J. STATE BOARD OF EXAMINERS.

May 15, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL HUDSON.

May 15, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. HAROLD BRADLEY.

May 15, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. NORWOOD· WHITE.

May 15, 1979. Petition for certification denied.